STATE of Missouri, Respondent,

v.

Rickie Wayne SMITH, Appellant.

No. 72456.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 14, 1998.

Elaine A. Martin, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Rickie Smith appeals the judgment entered upon his conviction by a jury of possession of a controlled substance with intent to distribute or deliver pursuant to Section 195.211 RSMo 1994, for which he was sentenced to seven years imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law would serve no precedential value. Judgment affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Corey LOVE, Defendant/Appellant.

No. 72439.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 14, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Corey Love, Defendant, appeals from the judgment convicting him of second degree trafficking after a jury trial. The court sentenced him to eighteen years in the Missouri Department of Corrections pursuant to the jury's recommendation. Defendant alleges error in the State's closing argument, claiming the State injected various matters inappropriate for the jurors' consideration.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).